1  ISMAIL RAMSEY (CA BAR #189820)
   RAMSEY & EHRLICH LLP
2  803 Hearst Avenue
   Berkeley, CA 94710
3  (510)548-3600
   (510)548-3601 (FAX)
4  izzy@ramsey-ehrlich.com

**FILED**

SEP 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CR-07-00322-DLJ |
|---|---|
| Plaintiff, | ) Case No.: CR 02 40227 SBA |
| vs. | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE ID OF COUNSEL HEARING |
| SECUNDINO MARTINEZ-SANDOVAL, | ) |
| Defendant | ) |

This Court currently has scheduled an ID of Counsel hearing for Monday, September 24, 2007 at 10:00 am in the above entitled case. Ismail Ramsey, undersigned counsel who has agreed to accept CJA panel appointment to this case, is unavailable for the Monday hearing due to a previously scheduled appointment in Los Angeles for work on a different case.

The parties hereby stipulate that this Court should continue the ID of counsel hearing to

*cc: WDB's Stats, Copy to parties via ECF, Frances, Lisa, certified copies to Marshal*

STIPULATION AND [PROPOSED] ORDER
- 1 -

10:00 am on Tuesday, October 2, 2007.

Dated: September 21, 2007

Respectfully Submitted,

RAMSEY & EHRLICH LLP

_____
ISMAIL RAMSEY

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

_____
DEBORAH DOUGLAS
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: 9-21-07

_____
HON. WAYNE D. BRAZIL
US MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

MARTINEZ-SANDOVAL,

        Defendant.
_____/

Case Number: CR02-40227 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah R. Douglas
U.S. Attorney's Office
1301 Clay Street
Suite 340S
Oakland, CA 94612

Ismail Ramsey
Ramsey & Ehrlich
803 Hearst Avenue
Berkeley, CA 94710

Alan Ahlstrand
U.S. Probation
450 Golden Gate Avenue, Ste. 17-6884
San Francisco, CA 94102

U.S. Marshal
1301 Clay Street, 1st Floor, Room 150C
Oakland, CA 94612

cc: Lisa Clark, Courtroom Clerk of Judge Armstrong
    Frances Stone, Courtroom Clerk of Judge Jenkins

Dated: September 21, 2007

                                        Richard W. Wieking, Clerk

                                        By: Ivy Garcia, Deputy Clerk